UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 20bk14877 |
| | ) | |
| Courtney Hadley, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO CRANE, SIMON, CLAR & GOODMAN, ATTORNEYS FOR CHAPTER 7
TRUSTEE, FOR ALLOWANCE AND PAYMENT OF <u>FINAL</u> COMPENSATION AND
REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 2,193.50 | TOTAL COSTS REQUESTED: | $ 113.15 |
| TOTAL FEES REDUCED: | $ 24.65 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 2,168.85 | TOTAL COSTS ALLOWED: | $ 113.15 |

TOTAL FEES AND COSTS ALLOWED: $ 2,282.00

The attached time and expense entries have been underlined to reflect disallowance in whole or in part.  The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry.  The numerical notations correspond to the enumerated paragraphs below.

(1)    <u>Unreasonable Time – TOTAL of disallowed amounts: $ 24.65</u>
The Court denies the allowance in part of compensation for the indicated task(s) since the professional or paraprofessional expended an unreasonable amount of time on the task(s) in light of the nature of the task(s), the experience and knowledge of the professional performing the task(s), and the amount of time previously expended by the professional or another on the task(s).  *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency.  Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case.  *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (Squires, J.) (compensation limited to 5%); *see also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (*citing Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in nonbankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).  However, for applications for compensation that request total fees of $10,000.00 or less, this Court will allow

compensation for the time devoted to the preparation of the fee application itself in the following manner:  For the first $5,000.00 of total compensation requested, this Court will limit time devoted to preparation of the fee application to 10% of total compensation requested and will allow 5% of additional total compensation requested for time devoted to preparation of the fee application.

Dated: June 12, 2024

_____

Timothy A. Barnes, Judge
United States Bankruptcy Court

| Date | Description | | Hours | Amount | |
|------|-------------|-----|------|--------|-----|
| Jun-07-23 | Court appearance re: Motion to Compromise and Settle Wrongful Death/Survival Action | BW | 0.30 | 156.00 | KRG |
| | Revision of Draft Order to Follow re: Motion Settle Lawsuit;  email  DOTF to Judge Barnes | BW | 0.30 | 52.50 | DK |
| Dec-27-23 | Preparation of Claim Objection to Secured Claim filed by Cook County | BW | 1.20 | 210.00 | DK |
| Jan-19-24 | Preparation of Notice of Withdrawal of Objection to Claim | BW | 0.50 | 87.50 | DK |
| Jan-31-24 | Preparation of Final Fee Application CSC&G | BW | 0.80 | 140.00 | DK |
| Feb-05-24 | Review of Final Application for Compensation for CSC&G | BW | 0.20 | 104.00 | KRG |
| | Totals | | 8.00 | $2,193.50 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|--------|-------|----------------|--------|
| Karen R. Goodman | 2.30 | $520.00 | $1,196.00 |
| Deana Kobrynski | 5.70 | $175.00 | $997.50 |

| | |
|---|---|
| **Total Fees & Disbursements** | **$2,193.50** |
| Previous Balance | $0.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$2,193.50** |
| **AMOUNT QUOTED:** | **$0.00** |